# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
## CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **26-5283**          Case Manager: **Joshua M. Karich**

Case Name: **Christopher Quinn v. Douglas Hetsch et al.**

Is this case a cross appeal?  ☐ Yes  ☑ No
Has this case or a related one been before this court previously?  ☐ Yes  ☑ No
If yes, state:
  Case Name: _____ Citation: _____
  Was that case mediated through the court's program?  ☐ Yes  ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

The parties against whom this appeal is taken are Baker, Bloomberg & Associates LLC ("BBA")and Melissa Prince.
Appellant proposes to raise the following specific issues:
(1) Did the court below, in its Memorandum Opinion [DE 33] and Order [DE 34] of March 31, 2026 (the "Appealed Opinion and Order"), impermissibly contradict the court's earlier ruling in its Memorandum Opinion and Order of March 24, 2025 [DE 22], that Appellant Christopher Quinn had stated a claim for violations of the FDCPA, 15 USC 1692e(3), 1692e(10), and 1692f, on grounds that Appellant Melissa Prince, on behalf of Appellant BBA, falsely represented to Plaintiff that she was an attorney? (2) Did the Appealed Opinion and Order correctly apply the "least sophisticated consumer" standard for evaluating abusive and deceptive communications under the FDCPA in its dismissal of Appellant's FDCPA claims? (3) Did the court err in concluding, on the facts alleged in Appellant's Second Amended Complaint, that Appellant did not state a claim for violations of 15 USC 1692e(5) for Appellants' threats to interfere with his contractual relationship with his insurer? (4) Did the court below correctly apply the standard for evaluating a Rule 12(b)(6) motion to dismiss, and specifically did the court below, in the Appealed Opinion and Order, construe the complaint in the light most favorable to the Plaintiff, accept its allegations as true, and draw all reasonable inferences in favor of the plaintiff? (5) Did the court below abuse its discretion in denying Appellant's Motion for Alternative Service of Appellee Melissa Prince?

**This is to certify that a copy of this statement was served on opposing counsel of record this  6th  day of**

_____ **April** , **2026** .          **/s/ James R. McKenzie**
                                               Name of Counsel for Appellant